# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-1044**                              **September Term, 2024**

**Filed On:** April 28, 2025

In re: Public Employees for Environmental
Responsibility and Hawaii Coalition Malama
Pono,

      Petitioners

**BEFORE:**    Henderson, Rao, and Childs, Circuit Judges

## O R D E R

On May 1, 2020, the court issued an opinion granting petitioners a writ of mandamus and directing the Federal Aviation Administration and the National Park Service ("the agencies") to establish rules that regulate commercial sightseeing flights over identified national parks in compliance with the Air Tour Management Act of 2000 ("the Act"). The opinion directed the agencies to produce a schedule for bringing the parks into compliance with the Act, and retained jurisdiction over this matter to approve the schedule and to monitor the agencies' progress in bringing the parks into compliance. The agencies have since filed periodic status reports, and on December 20, 2024, they filed a final progress update advising the court that they had complied with the requirements of the court's May 1, 2020 opinion. In light of the foregoing, and it appearing that petitioners do not dispute that the agencies have met the requirements set forth in the May 1, 2020 opinion, it is

**ORDERED** that the agencies' final progress update be accepted as their final report in this matter. The Clerk is directed to note on the docket that this case is closed.

**Per Curiam**

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:    /s/
            Daniel J. Reidy
            Deputy Clerk